# UNITED STATES DISTRICT COURT

## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Charrod M. Patton | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release) |

*FILED*
*AUG 15 2011*
*CLERK U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF ILLINOIS*
*BENTON OFFICE*

Case No.  4:00CR40043-001-JPG

USM No. 05201-025

Melissa Day, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___as alleged below___ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Unlawful Possession of Controlled Substance with Intent to Dist. within 1000 feet of a church. | 07/15/2011 |
| Statutory | The defendant illegally possessed marijuana | 07/01/2011 |

    The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _3076_

Defendant's Year of Birth: ___1979___

City and State of Defendant's Residence:
Mt. Vernon, IL 62864

08/09/2011
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert                    District Judge
Name and Title of Judge

August 15, 2011
Date

DEFENDANT: Charrod M. Patton
CASE NUMBER:  4:00CR40043-001-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 2 | The defendant failed to submit monthly reports | 05/30/2011 |
| Standard # 9 | The defendant resided with a convicted felon without permission | 05/11/2011 |
| Standard # 11 | The defendant failed to notify probation within 72 hours of being questioned by police | 03/25/2010 |
| Special | The defendant failed to attene substance abuse counseling | 07/06/2011 |

DEFENDANT: Charrod M. Patton
CASE NUMBER: 4:00CR40043-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
total term of :

60 momths

☑ The court makes the following recommendations to the Bureau of Prisons:

The the defendant be placed in the Intensive Drug Treatment Program and that the last six months be spent in a half-way
house.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL